748 A.2d 1234

David SCHILLER, Esquire, Receiver of Thomas
E. Angst & Associates, P.C.

v.

ROYAL MACCABEES LIFE INSURANCE COMPANY
and Federal Kemper Life Assurance Company and
Robert E. Angst.

Petition of Royal Maccabees Life Insurance Company.

Supreme Court of Pennsylvania.

April 28, 2000.

Eugene Hamill, Anne E. Walters, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

**AND NOW**, this 28th day of April, 2000, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Superior Court is **REVERSED**. The docket does not reflect that the Prothonotary of the Court of Common Pleas of Montgomery County sent notice of the October 23, 1997 order to the parties in compliance with Pa.R.C.P. 236. Thus, the order of October 23, 1997 was not final. *Frazier v. City of Philadelphia*, 557 Pa. 618, 735 A.2d 113 (1999). This matter is

**REMANDED** to the Superior Court to address the merits of the appeal.